UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2017 MAR 22 PM 2:49

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | Cause No. |
| Plaintiff, | § § | INDICTMENT |
| v. | § § | |
| ANTHONY MORALES, | § § | VIOLATIONS: |
| Defendant. | § § § § § § § § § § § § § § § § § | (Count 1)<br>18 U.S.C. §§ 2252(a)(2) & (b)(1)<br>Receipt and Distribution of Material Involving the Sexual Exploitation of Children, and<br><br>(Count 2)<br>18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)<br>Possession of Material Involving the Sexual Exploitation of Children (Prepubescent/Under 12 Years of Age),<br><br><u>Notice of Government's Demand for Forfeiture</u> |

THE GRAND JURY CHARGES THAT:

**EP17CR0575**

<u>COUNT ONE</u>
(18 U.S.C. §§ 2252(a)(2) and (b)(1) Receipt and Distribution of Child Pornography)

On or about January 11, 2017, and continuing through on or about February 24, 2017, in the Western District of Texas, and elsewhere, the Defendant,

**ANTHONY MORALES,**

did knowingly receive and distribute any visual depiction that had been mailed and transported in interstate and foreign commerce, and which contains materials which had been so transported, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, all in violation of Title 18, United States Code, sections 2252(a)(2) and (b)(1).

## COUNT TWO
## (18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) Possession of Child Pornography)
## [Prepubescent/Under 12 Years of Age]

On or about February 24, 2017, in the Western District of Texas, and elsewhere, the Defendant,

**ANTHONY MORALES,**

knowingly possessed matter containing one or more visual depictions involving the use of a person under the age of eighteen (18), engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), which visual depictions had been transported in interstate and foreign commerce, to wit: by computer, and were produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and the producing of which involved the use of a minor engaging in sexually explicit conduct, said minor being prepubescent and having not attained the age of 12 years, and such visual depictions were of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
## (18 U.S.C. § 2253)

As a result of the foregoing criminal violations set forth in Counts One and Two, the United States of America gives notice to the Defendant,

**ANTHONY MORALES,**

of its intent to seek forfeiture, pursuant to Title 18, United States Code, Section 2253, of all right, title and interest of the defendant in any and all visual depictions described in Title 18, United States Code, Section 2252, and any and all books, magazines, periodicals, films, videotapes, and

2

other matters which contain any such visual depiction, which were produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, Part I, United States Code; any property, real and personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and any property, real and personal, used or intended to be used to commit or to promote the commission of such offenses, and any property traceable to such property.

A TRUE BILL.
ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney